UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO.: 5:15-CV-00300-JMH
***-Electronically Filed-***

JOHN DOE PLAINTIFF

v. **AGREED ORDER OF DISMISSAL**

UNIVERSITY OF KENTUCKY,
DENISE B. SIMPSON and VICTOR HAZARD DEFENDANTS

**** **** **** ****

This matter is currently held in abeyance after the Opinion and Judgment of the United States Court of Appeals for the Sixth Circuit. The parties having now resolved all remaining issues, it is hereby ordered that the remaining claims are dismissed, with prejudice, each party bearing their own respective attorney's fees, costs and expenses.

Agreed to:

/s/ *Michael Cox (w/permission)*
Michael Cox
COUNSEL FOR PLAINTIFF

/s/ *Bryan H. Beauman*
Bryan H. Beauman
STURGILL, TURNER, BARKER & MOLONEY, PLLC

and

WILLIAM E. THRO
GENERAL COUNSEL
UNIVERSITY OF KENTUCKY
COUNSEL FOR DEFENDANTS